IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERMAINE CADE,

    Petitioner,          No. 2:10-cv-1592 JFM (HC)

  vs.

GARY SWARTHOUT, Warden,

    Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.[1]

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's July 1, 2010 motion to proceed in forma pauperis is denied without prejudice;

---

[1] Petitioner also filed a motion to proceed in forma pauperis.  In view of petitioner's payment of the $5.00 filing fee for this action, the motion to proceed in forma pauperis will be denied without prejudice.

1

1     2. Respondent is directed to file an answer within forty-five days from the date of
2 this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the
3 answer any and all transcripts or other documents relevant to the determination of the issues
4 presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

5     3. Petitioner's traverse, if any, is due on or before thirty days from the date
6 respondent's answer is filed;

7     4. The Clerk of the Court shall serve a copy of this order together with a copy of
8 petitioner's application for writ of habeas corpus and an Order Re Consent or Request for
9 Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

10 DATED: July 20, 2010.

                                              UNITED STATES MAGISTRATE JUDGE

14 12/mp
15 cade1592.100fee